FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
* DECEMBER 04, 2024 *
BROOKLYN OFFICE

EDP:CWE/AA
F. #2024R00637

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MARCUS PITTMAN, also known as "Nacho" and "Cheese,"
CALVIN ISRAEL, also known as "Surreal,"
DELONTA PITTMAN, also known as "D Lo," and
JEROME WATERS, also known as "the Engineer" and "Rome,"

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 24-413 (S-1) (KAM)
(T. 18, U.S.C., §§ 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 924(d)(1), 924(j)(1), 981(a)(1)(C), 1201(a)(1), 1951(a), 2 and 3551 et seq.; T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

THE GRAND JURY CHARGES:

COUNT ONE
(Hobbs Act Robbery Conspiracy)

1. In or about July 2024, within the Eastern District of New York and elsewhere, the defendants MARCUS PITTMAN, also known as "Nacho" and "Cheese," CALVIN ISRAEL, also known as "Surreal," DELONTA PITTMAN, also known as "D Lo," and JEROME WATERS, also known as "the Engineer" and "Rome," together with others, did knowingly and intentionally conspire to obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by

robbery, to wit: the robbery of one or more employees of a marijuana-trafficking business located in Queens, New York.

(Title 18, United States Code, Sections 1951(a) and 3551 et seq.)

COUNT TWO
(Hobbs Act Robbery)

2. On or about July 24, 2024 and July 25, 2024, such dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants MARCUS PITTMAN, also known as "Nacho" and "Cheese," CALVIN ISRAEL, also known as "Surreal," DELONTA PITTMAN, also known as "D Lo," and JEROME WATERS, also known as "the Engineer" and "Rome," together with others, did knowingly and intentionally obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by robbery, to wit: the robbery of one or more employees of a marijuana-trafficking business located in Queens, New York.

(Title 18, United States Code, Sections 1951(a), 2 and 3551 et seq.)

COUNT THREE
(Possessing, Brandishing and Discharging a Firearm)

3. On or about July 24, 2024 and July 25, 2024, such dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants MARCUS PITTMAN, also known as "Nacho" and "Cheese," CALVIN ISRAEL, also known as "Surreal," DELONTA PITTMAN, also known as "D Lo," and JEROME WATERS, also known as "the Engineer" and "Rome," together with others, did knowingly and intentionally use and carry one or more firearms during and in relation to a crime of violence, to wit: the crime charged in Count Two, and did

knowingly and intentionally possess such firearms in furtherance of said crime of violence, one or more of which firearms were brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A)(iii), 2 and 3551 et seq.)

COUNT FOUR
(Causing Death Through Use of a Firearm)

4. On or about July 25, 2024, within the Eastern District of New York and elsewhere, the defendants MARCUS PITTMAN, also known as "Nacho" and "Cheese," CALVIN ISRAEL, also known as "Surreal," DELONTA PITTMAN, also known as "D Lo," and JEROME WATERS, also known as "the Engineer" and "Rome," together with others, in the course of a violation of Title 18, United States Code, Section 924(c), to wit: the crime charged in Count Three, did knowingly and intentionally cause the death of a person through the use of a firearm, which killing was a murder as defined in Title 18, United States Code, Section 1111(a), in that MARCUS PITTMAN, ISRAEL, DELONTA PITTMAN and WATERS, together with others, with malice aforethought, did unlawfully kill, and cause the killing of, John Doe #1, an individual whose identity is known to the Grand Jury: (a) willfully, deliberately, maliciously and with premeditation; and (b) during the perpetration of a robbery.

(Title 18, United States Code, Sections 924(j)(1), 2 and 3551 et seq.)

COUNT FIVE
(Kidnapping)

5. On or about July 25, 2024, within the Eastern District of New York and elsewhere, the defendants MARCUS PITTMAN, also known as "Nacho" and "Cheese," CALVIN ISRAEL, also known as "Surreal," DELONTA PITTMAN, also known as "D Lo,"

and JEROME WATERS, also known as "the Engineer" and "Rome," together with others, did knowingly, intentionally and unlawfully seize, confine, inveigle, decoy, kidnap, abduct and carry away and hold, for ransom and reward and otherwise, one or more persons, to wit: John Doe #2, an individual whose identity is known to the Grand Jury, and did travel in interstate and foreign commerce, and use one or more means, facilities and instrumentalities of interstate and foreign commerce, to wit: cellular telephones and motor vehicles, in committing and in furtherance of the commission of the offense.

(Title 18, United States Code, Sections 1201(a)(1), 2 and 3551 et seq.)

COUNT SIX
(Kidnapping Resulting in Death)

6. On or about July 25, 2024, within the Eastern District of New York and elsewhere, the defendants MARCUS PITTMAN, also known as "Nacho" and "Cheese," CALVIN ISRAEL, also known as "Surreal," DELONTA PITTMAN, also known as "D Lo," and JEROME WATERS, also known as "the Engineer" and "Rome," together with others, did knowingly, intentionally and unlawfully seize, confine, inveigle, decoy, kidnap, abduct and carry away and hold, for ransom and reward and otherwise, one or more persons, to wit: John Doe #1, an individual whose identity is known to the Grand Jury, resulting in the death of John Doe #1, and did travel in interstate and foreign commerce, and use one or more means, facilities and instrumentalities of interstate

and foreign commerce, to wit: cellular telephones and motor vehicles, in committing and in furtherance of the commission of the offense.

(Title 18, United States Code, Sections 1201(a)(1), 2 and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION
AS TO COUNTS ONE AND TWO

7. The United States hereby gives notice to the defendants that, upon their conviction of either of the offenses charged in Counts One and Two, the government will seek forfeiture in accordance with: (a) Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which requires any person convicted of such offenses to forfeit any property, real or personal, constituting or derived from proceeds obtained directly or indirectly as a result of such offenses; and (b) Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any violation of any other criminal law of the United States.

8. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

CRIMINAL FORFEITURE ALLEGATION
AS TO COUNTS THREE AND FOUR

9. The United States hereby gives notice to the defendants that, upon their conviction of either of the offenses charged in Counts Three and Four, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922 or Section 924.

10. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

CRIMINAL FORFEITURE ALLEGATION
AS TO COUNTS FIVE AND SIX

11. The United States hereby gives notice to the defendants that, upon their conviction of either of the offenses charged in Counts Five and Six, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offenses to forfeit any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offenses.

12. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

s/
FOREPERSON

By: Whitman G.S. Knapp, AUSA
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK